# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| SANCHEZ ENERGY CORPORATION, *et al.*, | § Case No. 19-34508 (MI) |
| | § |
| Debtors.[1] | § (Jointly Administered) |
| | § |
| DELAWARE TRUST COMPANY, solely in its capacity as Lien-Related Litigation Creditor Representative, | § |
| | § |
| Plaintiff, | § |
| | § Adv. Pro. No. 21-03862 (MI) |
| v. | § |
| | § |
| MESQUITE ENERGY INC. f/k/a Sanchez Energy Corporation, APOLLO COMMODITIES MANAGEMENT, L.P., FIDELITY MANAGEMENT & RESEARCH COMPANY, "JOHN DOES," numbers 1 through 25, fictitiously named parties, true names being unknown, the parties intended being funds managed by the immediately preceding Defendants, and WILMINGTON SAVINGS FUND SOCIETY, FSB, in its capacity as Trustee for the 15% Convertible Secured Notes due 2023 (Series 1 Notes) and 15% Convertible Secured Notes due 2023 (Series 2 Notes), | § |
| | § |
| Defendants. | § |

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102).  The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, TX 77002.

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## TERMINATION OF ELECTRONIC CASE FILINGS

**PLEASE TAKE NOTICE** that Charles R. Gibbs and Joel C. Haims file this notice of withdrawal of appearance, withdrawing their appearances filed at Docket Nos. 156 and 157, respectively, on behalf of Wilmington Savings Fund Society, FSB ("WSFS"), in its capacity as Trustee for the 15% Convertible Secured Notes due 2023 (Series 1 Notes) and 15% Convertible Secured Notes due 2023 (Series 2 Notes), in the above-captioned adversary proceeding, and request that they be removed from the service list for this adversary proceeding. WSFS continues to be represented in this adversary proceeding by Daniel F. X. Geoghan of Cole Schotz P.C. and Jonathan I. Levine and Carrie Hardman of Winston & Strawn LLP.

Dated: July 31, 2025

**MCDERMOTT WILL & EMERY LLP**

*/s/ Charles R. Gibbs*
Charles R. Gibbs
Texas State Bar No. 7846300
2801 North Harwood Street, Suite 2600
Dallas, TX 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: crgibbs@mwe.com

-and-

Joel C. Haims (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: jhaims@mwe.com

*Counsel to Wilmington Savings Fund Society, FSB*

## **CERTIFICATE OF SERVICE**

I certify that on July 31, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Charles R. Gibbs*
Charles R. Gibbs