## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MESQUITE ENERGY, INC. (f/k/a SANCHEZ ENERGY CORPORATION), *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 19-34508 (MI)<br><br>(*Jointly Administered*) |
| DELAWARE TRUST COMPANY, solely in its capacity as Lien-Related Litigation Creditor Representative,<br><br>Plaintiff,<br><br>v.<br><br>MESQUITE ENERGY, INC., *et al.*,<br><br>Defendants. | Adv. Pro. No. 21-3862 (MI) |

## JOINT STATUS REPORT

Pursuant to the Order, dated June 10, 2024, the parties in the above-captioned adversary proceeding jointly report to the Court as follows:

1.     The Court's June 10, 2024 Order (ECF 227) stayed this adversary proceeding until 30 days after the Fifth Circuit issued its mandate in the Lien-Related Litigation appeal, and instructed the parties to submit a joint status report at that time.

2.     The Fifth Circuit issued an opinion in the Lien-Related Litigation appeal on May 30, 2025, and issued its mandate on July 8, 2025.

---

[1] The remaining Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Mesquite Energy Inc. f/k/a Sanchez Energy Corporation (0102); SN Operating, LLC (2143); SN Catarina, LLC (0102); and SN EF Maverick, LLC (0102).  The chapter 11 cases of the other Reorganized Debtors have been closed.  The location of the Reorganized Debtors' service address is Opportune LLP, Attn: Raychel Walker, 711 Louisiana Street, Suite 3100, Houston, Texas 77002.

3.      The Creditor Representative has advised the parties that it intends to file a petition for certiorari to the Supreme Court of the United States, on or before the date provided by the Rules of the Supreme Court.  The Ad Hoc Group of Senior Secured Noteholders and DIP Lenders have advised that they do not believe Supreme Court review is warranted, and that they intend to seek to ask the Court to allocate the remaining shares consistent with the Fifth Circuit's ruling and authorize distribution of the shares thereafter.

4.      The Creditor Representative agrees it will not argue that the fact of the stay provided for herein limits the Court's ability to allocate or authorize distribution of shares under the Post-Effective Date Equity Distribution.

5.      Based on the foregoing, the parties agree that it would be most efficient and would conserve party and judicial resources to continue the stay of this adversary proceeding for an additional ninety (90) days, subject to the right of any party to seek to lift the stay earlier for good cause and without prejudice to further extensions.

6.      Accordingly, the parties jointly request that the Court enter an order (a) continuing the stay of this adversary proceeding until the later of (i) the expiration of the Creditor Representative's time to file a petition for certiorari without such petition being filed, or (ii) ninety (90) days; (b) providing that any party may ask the Court to lift the stay of this adversary proceeding earlier for good cause; and (c) providing that this initial stay period is without prejudice to further extensions.  The parties propose to file another joint status report at that time.

7.      If the Court wishes, the parties are available for a status conference at the Court's convenience.

Dated:  August 7, 2025

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **JONES DAY** |
| */s/ Benjamin I. Finestone* (with permission) | */s/ James A. Reeder, Jr.* |
| Patricia B. Tomasco (TBN 01797600) | James A. Reeder, Jr. (TBN 16695010) |
| 711 Louisiana Street, Suite 500 | Andrew M. Ryngaert (TBN 24117005) |
| Houston, TX 77002 | 717 Texas Street, Suite 3300 |
| Telephone: (713) 221-7000 | Houston, TX 77002 |
| Facsimile: (713) 221-7100 | Telephone: 832-239-3939 |
| | Facsimile: 832-239-3600 |
| -and- | |
| | -and- |
| Benjamin I. Finestone (*pro hac vice*) | |
| 51 Madison Avenue, 22nd Floor | Bruce S. Bennett (*pro hac vice*) |
| New York, New York 10010 | 555 South Flower St. |
| Telephone:  (212) 849-7000 | Fiftieth Floor |
| Facsimile:  (212) 849-7100 | Los Angeles, CA 90071 |
| | Telephone: 213-489-3939 |
| -and- | Facsimile: 213-243-2539 |
| | E-mail: bbennett@jonesday.com |
| K. John Shaffer (*pro hac vice*) | |
| Matthew Scheck (*pro hac vice*) | -and- |
| 865 S Figueroa St., 10th Floor | |
| Los Angeles, CA 90017 | Christopher J. DiPompeo (*pro hac vice*) |
| Telephone: (213) 443-3000 | 51 Louisiana Ave., N.W. |
| Facsimile:  (212) 443-3100 | Washington, D.C. 20001 |
| | Telephone: 202-879-7686 |
| *Counsel for Delaware Trust Company* | Facsimile: 202-626-1700 |
| | |
| | *Counsel for Defendant Fidelity Management & Research Company* |

| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP** | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** |
| */s/ Marshall R. King* (with permission)<br>Collin J. Cox (TBN 24031977)<br>Benjamin D. Betner (TBN 24105466)<br>811 Main Street, Suite 3000<br>Houston, TX 77002-6117<br>Telephone: (346) 718-6600<br><br>Marshall R. King (*pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br><br>*Counsel for Defendant Mesquite Energy, Inc.* | */s/ Laurence A. Schoen* (with permission)<br>Laurence A. Schoen (*pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>Telephone: 617-542-6000<br>Facsimile: 617-542-2241<br><br> -and-<br><br>Kristen White (*pro hac vice*)<br>666 Third Avenue<br>New York, NY 10017<br>Telephone: 212-935-3000<br>Facsimile: 212-983-3115<br><br>*Counsel for Defendant Apollo Commodities Management, L.P.* |

**COLE SCHOTZ P.C.**

*/s/ Daniel F.X. Geoghan* (with permission)
Daniel F.X. Geoghan (Texas Bar No. 24126280)
901 Main Street, Suite 4120
Dallas, Texas 75202
Telephone: (469) 557-9390
Facsimile: (469) 533-0361

-and-

**WINSTON & STRAWN LLP**
Jonathan I. Levine (*pro hac vice*)
Carrie Hardman (*pro hac vice pending*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Counsel for Defendant Wilmington Savings Fund Society, FSB*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 7, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *James A. Reeder, Jr.*
James A. Reeder, Jr.